Miles Ehrlich (Cal. Bar No. 237954)
miles@ramsey-ehrlich.com
Katharine Kates (Cal. Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 548-3600
Fax:              (510) 291-3060

*Attorneys for Defendant Chung Li Cheng*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHUNG LI CHENG,<br><br>(also known as George Cheng),<br><br>Defendant. | Case No.: CR-14-00593 PJH (~~KAM~~) KAW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE COURT APPEARANCE**<br><br>Date: December 14, 2016<br>Time: 9:30 a.m.<br>Courtroom: The Hon. Kandis A. Westmore |

The parties hereby stipulate and ask the Court to find and order as follows:

1. Defendant is currently scheduled to appear before this Court at 9:30 a.m. on December 14, 2016, for a change of plea hearing.

2. Counsel of record for Defendant Chung Li (George) Cheng, Miles Ehrlich, has a scheduling conflict at that time.

3. Counsel has been informed that the Court is available for the change of plea hearing on January 27, 2017, at 9:30 a.m. Counsel for the United States and counsel for Defendant stipulate and request that the hearing be continued to that date.

**SO STIPULATED:**

DATED: December 8, 2016         /s/                                              .
Miles Ehrlich
Katharine Kates
RAMSEY & EHRLICH LLP
Attorneys for Chung Li (George) Cheng


DATED: December 8, 2016         /s/                                              .
Michael Rabkin
Trial Attorney
United States Department of Justice
Antitrust Division


The Court hereby orders that the change of plea hearing scheduled for December 14, 2016, at 9:30 a.m. is continued to January 27, 2017, at 9:30 a.m.

**IT IS SO ORDERED:**

DATED: 12/12/16

*[signature: Kandis Westmore]*
The Honorable Kandis A. Westmore
United States Magistrate Judge